USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTOR MANUEL RODRIGUEZ,  :
: 20-CV-10364 (VSB) (RWL)
Plaintiff,  :
:
- against -  : **ORDER OF SERVICE AND**
: **SCHEDULING ORDER**
COMMISSIONER OF SOCIAL SECURITY,  :
:
Defendant.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought pursuant to 42 U.S.C. 405(g), for which the filing fee has been waived.

In accordance with the Standing Order "Motions for Judgment on the Pleadings in Social Security cases," 16-MC-0171 (Apr. 20, 2016):

Within 90 days of the date of this order, the Commissioner must serve and file the Electronic Certified Administrative Record (e-CAR), which will constitute the Commissioner's answer, or otherwise move against the complaint.

If the Commissioner wishes to file a motion for judgment on the pleadings, the Commissioner must do so within 60 days of the date on which the e-CAR was filed. The motion must contain a full recitation of the relevant facts and a full description of the underlying administrative proceeding.

The plaintiff must file an answering brief within 60 days of the filing of the Commissioner's motion. The Commissioner may file a reply within 21 days thereafter.

Memoranda in support of or opposition to any dispositive motion may not exceed 25 pages in length; reply memoranda may not exceed ten pages in length. A party

seeking to exceed these page limitations must apply to the Court for leave to do so, with copies to all counsel, no fewer than seven days before the date on which the memorandum is due.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2020
       New York, New York

Copies transmitted this date to all counsel of record and mailed to:

Victor Manuel Rodriguez
2045 Southern Blvd, #1E
Bronx, NY 10460