UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2022

**VICTOR MANUEL RODRIGUEZ,**

                                        **Plaintiff,**

**v.**                                                                   **1:20-CV-10364-VSB-RWL**

                                                                    **Notice of Motion for Attorney's**
                                                                    **Fees Pursuant to the**
                                                                    **Equal Access to Justice**
                                                                    **Act,** 28 U.S.C. § 2412 (West)

**COMMISSIONER OF SOCIAL SECURITY,**

                                        **Defendant.**

**COUNSEL:**

        **PLEASE TAKE NOTICE** that upon the annexed affirmation of Howard D. Olinsky,

attorney for Plaintiff, and other papers, Plaintiff will make a motion before the Court on a date to

be set by the court, for an order:

1. Awarding an Equal Access to Justice Act Counsel Fee in the amount of $2,175.81; and

2. If Plaintiff has no debt registered with the Department of Treasury subject to offset

    that the fees be made payable to the attorney.

        Plaintiff's attorney, Howard D. Olinsky, moves the court for an award to be paid by

Defendant under the Equal Access to Justice Act, 28 U.S.C. § 2412.

        There are no special circumstances in this case which make an award under the EAJA

unjust.

        This motion is supported by an affirmation of Plaintiff's attorney, attached time and cost

records, and a Waiver of Direct Payment by Plaintiff.

Executed this April 5, 2022.

Respectfully submitted,

*/s/Howard D. Olinsky*
Howard D. Olinsky, Esq.
Attorney for Plaintiff
Olinsky Law Group
250 S. Clinton St., Ste. 210
Syracuse, New York 13202
Phone: (315) 701-5780
Facsimile: 315-701-5781
Email: holinsky@windisability.com
NY Bar 204486

Defendant did not file any opposition to Plaintiff's motion.  The Court grants Plaintiff's requests for attorney's fees in the amount of $2,175.81.

SO ORDERED:

4/27/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE